IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAWANA L. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., and WELLS FARGO BANK, N.A., as Trustee for Fremont Home Loan Trust 2005 RR3, Mortgage Backed Certificates, Series 2005 RR3,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-3608-MHC |

## ORDER

This *pro se* complaint is before the Court on the Final Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 4] recommending that Defendants' Motion to Dismiss [Doc. 2] be granted. The Order for Service of the R&R [Doc. 5] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge,"

28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 4] as the judgment of the Court. It is hereby **ORDERED** that Defendants' Motion to Dismiss [Doc. 2] is **GRANTED**. Plaintiff's Complaint [Doc. 1-1] is **DISMISSED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 20th day of September, 2018.

*[signature]*
MARK H. COHEN
United States District Judge